**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1645

BRENDA COLEMAN GILLIS,

Plaintiff - Appellant,

v.

WELLS FARGO HOME MORTGAGE, d/b/a America's Servicing Company, a division of Wells Fargo Bank, NA; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11 Mortgage Pass Through Certificate-Series 2006, FFII; DEUTSCHE BANK NATIONAL TRUST COMPANY; PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA; THE LAW OFFICE OF SAMUEL I. WHITE PC; THE LAW OFFICES OF SHAPIRO & BROWN, LLP; SPECIALIZED LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS MERS, INC.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:19-cv-00875-MHL)

Submitted:  October 22, 2020                    Decided:  October 26, 2020

Before MOTZ and WYNN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brenda Coleman Gillis, Appellant Pro Se. Jeffrey L. Tarkenton, WOMBLE BOND DICKINSON (US) LLP, Washington, D.C.; Ronald James Guillot, Jr., SAMUEL I. WHITE, PC, Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Coleman Gillis appeals the district court's order denying her postjudgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gillis v. Wells Fargo Home Mortg.*, No. 3:19-cv-00875-MHL (E.D. Va. May 4, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
